UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
February 5, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RAUL DIAZ,

Defendant.

Case No. 2:18-mj-00022-KJN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release RAUL DIAZ

Case No. 2:18-mj-00022-KJN Charges 18 USC § 371, 922(a)(1)(A) from custody for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $ ___

**X** Unsecured Appearance Bond $ 50,000 co-signed by Margartia Huerta and Rebecca Mayorga

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

**X** (Other): Pretrial Supervision conditions as stated on the record in open court.

Issued at Sacramento, California on February 5, 2018 at 2:00 PM

By: /s/ Kendall J. Newman

Magistrate Judge Kendall J. Newman